■ JOHN R. STEWART, Appellant, v NEW YORK STATE HIGHER EDUCATION SERVICES CORPORATION, Respondent. [644 NYS2d 1006] —Appeal by the claimant from an order of the Court of Claims (Silverman, J.), dated June 14, 1995.

Ordered that the order is affirmed, with costs, for reasons stated by Judge Silverman at the Court of Claims. Mangano, P. J., Thompson, Florio, McGinity and Luciano, JJ., concur.